IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| JULIE G. JENKINS and JAMES P. GUNN, | * |
| Plaintiffs, | * |
| v. | Case No.  3:22-cv-72 (CAR) |
| | * |
| PLATEAU EXCAVATION, INC., ALIF TRANSPORT, INC., and DANIEL BRUCE, | * |
| Defendants. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated September 30, 2024, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 30th day of September, 2024.

David W. Bunt, Clerk

s/ Gail G. Sellers, Deputy Clerk